UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY WIGGINS, JR. | CIVIL ACTION |
| VERSUS | NO. 19-1425 |
| BP EXPLORATION & PRODUCTION, INC. ET AL. | SECTION "J" (2) |

Related to: 12-968 BELO
in MDL 10-2179

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 5), and the failure of plaintiff to file an objection to the Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion in this matter. Therefore,

IT IS ORDERED that BP's motion to dismiss (Rec. Doc. 4) is GRANTED and that plaintiff's complaint is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 24th day of April, 2019.

_____
United States District Judge